No. 384. MAHAFFEY v. HUDSPETH, WARDEN. October 19, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Clarence E. Mahaffey, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 314. LAKESIDE IRRIGATION Co., INC. v. COMMISSIONER OF INTERNAL REVENUE. October 19, 1942. The motion to defer consideration of the petition for writ of certiorari is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is also denied. *Mr. Camden R. McAtee* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.

No. 364. BUNN v. ATLANTA. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of Georgia denied on the ground that it does not appear from the record that application therefor was made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. Hal Lindsay* for petitioner. *Messrs. J. C. Murphy* and *Frank A. Hooper, Jr.* for respondent.